UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| WILLIAM HAYES WYTTENBACH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 3:11-CV-136 |
| ) | (Phillips) |
| UTAH SUPREME COURT, ) | |
| COURT OF APPEALS OF UTAH, ) | |
| JUDGE JAMES SHUMATE, ) | |
| JUDGE RAND G. BEACHAM, ) | |
| JUDGE JOHN WALTON, ) | |
| RANITA MARIE PARISH, and ) | |
| JOHN/JANE ODES 1-2, ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss filed by the respondents. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the respondents' motions,

**IT IS ORDERED AND ADJUDGED** that this action be **DISMISSED WITH PREJUDICE** on the merits, and that the respondents recover of the petitioner William Hayes Wyttenbach their costs of action.

Dated at Knoxville, Tennessee, this _____ day of March, 2012.

**ENTER:**

                                        s/ Thomas W. Phillips
ENTERED AS A JUDGMENT             United States District Judge
  s/ *Debra C. Poplin*
  CLERK OF COURT